UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-53-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROLANDO QUINONES | ORDER TO SEAL |

On motion of the Defendant, Rolando Quinones, and for good cause shown, it is hereby ORDERED that **DE 82** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **15** day of July, 2024.

JAMES C. DEVER III
United States District Court Judge